IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ESI COMPANIES, INC.,

    Plaintiff,

v.

No. 05-2241-Ma/P

GLOBAL SECURITY GLAZING
f/k/a and d/b/a GLOBE AMERADA
ARCHITECTURAL GLASS,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

The defendant Global Security Glazing f/k/a/ and d/b/a Globe Amerada Architectural Glass ("Global") having moved for an extension of thirty (30) days to respond to the Complaint and there being no objection thereto by the plaintiff and for good cause shown

IT IS ORDERED that the defendant Global shall have to and including June 3, 2005 to respond to the Complaint.

This __1__ day of __May__, 2005.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5-4-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02241 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT