UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ꜩ D.C.
05 JUN 15 PM 2:57
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ESI COMPANIES, INC., )
 )
    Plaintiff, )
 )
v. ) CASE NO. 2:05-CV-02241-SHM-tmp
 )
GLOBAL SECURITY GLAZING f/k/a )
and d/b/a GLOBE AMERADA )
ARCHITECTURAL GLASS, )
 )
    Defendant. )
 )

## ~~JOINT~~ SCHEDULING ORDER

Pursuant to a written notice, a scheduling conference was held June 16, 2005. Present were Bart W. Reed, counsel for plaintiff, and Jef Feibelman, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): July 15, 2005

JOINING PARTIES: August 15, 2005

AMENDING PLEADINGS: August 15, 2005

INITIAL MOTIONS TO DISMISS: September 15, 2005

COMPLETING ALL DISCOVERY: February 15, 2006

    (a)    DOCUMENT PRODUCTION: December 1, 2005

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: February 15, 2006

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26): N/A

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: December 15, 2005

  (2)  DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: January 15, 2006

  (3)  EXPERT WITNESS DEPOSITIONS: February 15, 2006

FILING DISPOSITIVE MOTIONS: March 15, 2006

OTHER RELEVANT MATTERS:

  No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

  Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

  This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial of this case will last approximately one to two weeks.

  This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation by January 20, 2006.

  The parties are reminded that pursuant to Local Rule 11(a)(1(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

  The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of court. If a party believes that a reply is

necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*[signature]*
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: June 14, 2005

Prepared by:

*[signature]*
Scott B. Ostrow (TN 21241)
WYATT, TARRANT & COMBS
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 537-1000

Of Counsel:
Martin R. Salzman (GA 623450)
Bart W. Reed (GA 903380)
HENDRICK PHILLIPS SALZMAN & FLATT
230 Peachtree Street, N.W., Suite 2500
Atlanta, GA 30303
(404) 522-1410

Attorneys for Plaintiff ESI Companies, Inc.

*[signature]*
Jeff Feibelman (TN 7677)
BURCH, PORTER & JOHNSON
A Professional Limited Liability Company
130 North Court Avenue
Memphis, TN 38103
(901) 524-5109

Attorneys for Defendant Global Security Glazing f/k/a and d/b/a Globe Amerada Architectural Glass

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02241 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT