UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 PM 4: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ESI COMPANIES, INC. | ) |
| Plaintiff, | ) ) ) CASE NO. 2:05-CV-02241-SHM-tmp |
| v. | ) ) |
| GLOBAL SECURITY GLAZING f/k/a and d/b/a GLOBE AMERADA ARCHITECTURAL GLASS, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties have settled the disputes among them in the above-styled action and moved this Court for an Order dismissing with prejudice all claims. The Court has considered the papers submitted in support of the parties' actions and, therefore, IT IS ORDERED THAT:

This action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

SO ORDERED, this 14th day of December, 2005.

_____
T. M. Pham, Magistrate Judge
United States District Court for the Western District
of Tennessee

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

/10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02241 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT