UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ESI COMPANIES, INC.,

    Plaintiff,

v.                                  Cv. No. 05-2241-Ma

GLOBAL SECURITY GLAZING, f/k/a and
d/b/a GLOBE AMERADA ARCHITECTURAL
GLASS,

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order docketed December 16, 2005. Each party shall bear its own costs and attorneys' fees.

APPROVED:

_/s/ signature_

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 20, 2005
DATE

THOMAS M. GOULD
CLERK

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02241 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT